BEFORE THE FIRST DIVISION, OCTOBER 3, 1967

**No. P67/333.**—Castelazo & Associates and Famous Jobbing Co., Inc. *v.* United States, protest 65/5 (Los Angeles).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of gunracks with drawers similar in all material respects to those the subject of *Hurricane Import Co.* and *Wheeler & Miller* v. *United States* (55 Cust. Ct. 210, C.D. 2577), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 3, 1967

**No. P67/334.**—Castelazo & Associates and Famous Jobbing Co. *v.* United States, protest 63/11908 (Los Angeles).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of air pumps similar in all material respects to those the subject of *Victoria Distributors, Inc.* v. *United States* (56 Cust. Ct. 284, C.D. 2639), the claim of the plaintiffs was sustained.

**No. P67/335.**—Victor England Ag., Inc., et al. *v.* United States, protests 66/69994, etc. (Los Angeles).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.